UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

        Plaintiff,

v.

        Case No. 6:17-cv-01047-RBD-GJK

BEACHSIDE COMMERCIAL PROPERTIES, LLC,
a Florida Limited Liability Company;
COCOA BEACH SURF COMPANY, a Florida Corporation,

        Defendants.
_____/

## PLAINTIFF'S RESPONSES TO COURT'S INTERROGATORIES

1. Residence address.

**Patricia Kennedy**
**9205 NW 80th Street**
**Tamarac, FL 33321**

2. Name of current employer and place of employment.

**Mental Health Assoc.-9 Muses Art Center**
**7139 West Oakland Park Blvd.**
**Lauderhill, FL 33313**

3. Date(s) and time(s) that you visited the facility

**February 15, 2017 at approximately 5:30 P.M.**

**July 19, 2017 at approximately 3:34 P.M.**

4. Purpose of your visit(s) and duration of your stay(s).

**I went to the premises to shop.**

4(a)    (1)    What is the proximity of the business to the business to the plaintiff's home/place of employment

**It is about a two-hour and forty-seven minute drive (approximately 174 miles) from my home.**

(2) Describe the plaintiff's past patronage of defendant's business

**I have been at the property to shop and to test ADA conditions at the property.**

(3) Describe the definiteness the plaintiff's plans to return

**I plan to return in the near future, but am discouraged by the continued barriers to entry and ADA violations at the Defendants' property.**

5. Did anyone accompany you? If so, who?

　**Yes. Daniel Pezza.**

6. Describe the nature of your disability.

　**Mobility impaired due to spinal cord injury**

7. Specifically list each architectural barrier that you personally observed or experienced at the subject property.

　The pictures attached as Exhibit "A" depict the violations I encountered, observed or knew about at the subject property. As the pictures show, the facility's parking lot did not mount proper handicap signs or have sufficient access routes connecting the disabled parking spaces with all the store. The facility's parking lot also lacked a sufficient number of designated handicap parking spaces.

　Once inside the store, it was difficult to maneuver in a wheelchair because there were no accessible routes to the second or third level. Similarly, there was no access to the restroom because the only way to get to it was to use stairs. Additionally, the aisles between clothing were too narrow, making it difficult for me to pass through.

　The store bathroom also had several ADA violations. For example, there was not enough door clearance. Additionally, the toilet flush valve was located in the wrong place and there were not any side grab bars. The paper towel dispenser was mounted at the

incorrect height, making it difficult to reach the towels. The pipes under the sink were also not insulated, which could cause me to burn my legs.

There were also an unsecure floor mats inside and outside the front door of the store.

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

**I did not make a contemporaneous record, but photographs taken and notes made by others are attached hereto as Exhibit "A."**

9. Please list any other Title III cases in which you have been a party in this District.

**I have attached a list of cases responsive to this question as Exhibit "B."**

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

7-20-2017
_____
DATE

_____
Patricia Kennedy