































COCOA BEACH
SURF COMPANY

Beach
Towels
$5.95
PORT OF CALL BEACH

PORT OF CALL @ BEACH

PORT OF CALL BEACH
Sunglasses

Beach
Toys
$3.95
and up
$8
Rentals

Beach
Toys
$3.95
Rentals
$8

2
3
4
5
6
7
8
9
10
11
12
13

3
4
KOMELON
5
NYLON
COAT
6
7
P.R. APP'D
PTA-01-115
8

COCOA BEACH
FLORIDA
EST 1963
SURF COMPANY
3X~4X~5X

BAY WEST



