# Select A Case

**Patricia Kennedy is a plaintiff in 218 cases.**

| | | | |
|---|---|---|---|
| [2:06-cv-00178-UA-SPC](#) | Access For The Disabled, Inc., et al v. Pohlmann et al | filed 04/03/06 | closed 02/05/07 |
| [2:06-cv-00289-JES-DNF](#) | Access For The Disabled, Inc., et al v. Estero Bay Hotel Company | filed 06/14/06 | closed 06/05/07 |
| [2:11-cv-00535-JES-SPC](#) | Access For The Disabled, Inc. et al v. The TJX Companies, Inc. | filed 09/23/11 | closed 01/03/12 |
| [2:12-cv-00095-UA-SPC](#) | Access for the Disabled, Inc. et al v. Burlington Coat Factory Warehouse Corporation | filed 02/23/12 | closed 11/14/12 |
| [2:12-cv-00490-JES-UAM](#) | Access for the Disabled et al v. W Corp. Holdings of Collier County, Inc. | filed 09/04/12 | closed 11/29/13 |
| [2:15-cv-00630-JES-CM](#) | Kennedy v. Radio Road Plaza Investments, LLC | filed 10/09/15 | closed 04/04/16 |
| [2:15-cv-00631-JES-CM](#) | Kennedy v. Naples Park Plaza, LLC | filed 10/09/15 | closed 05/31/16 |
| [2:15-cv-00632-JES-CM](#) | Kennedy v. Murphy et al | filed 10/09/15 | closed 09/20/16 |
| [2:15-cv-00673-CM](#) | Kennedy v. Del Mar Retail Center Condominum Association, Inc. et al | filed 10/29/15 | closed 06/30/16 |
| [2:15-cv-00707-CM](#) | Kennedy v. Schulte | filed 11/12/15 | closed 06/13/16 |
| [2:15-cv-00724-SPC-CM](#) | Kennedy v. Llerena et al | filed 11/23/15 | closed 06/23/16 |
| [2:15-cv-00736-SPC-MRM](#) | Kennedy v. West Coast Development Corporation of Naples, Inc. | filed 11/30/15 | closed 08/25/16 |
| [2:15-cv-00757-](#) | Kennedy v. Mt. Ridge Realty Associates, LLC | filed 12/04/15 | closed 12/05/16 |

| | | | |
|---|---|---|---|
| [JES-MRM] | | | |
| 2:15-cv-00760-MRM | Kennedy v. Welsh Companies Florida, Inc. et al | filed 12/07/15 | closed 05/10/16 |
| 2:15-cv-00761-JES-CM | Kennedy v. Captain Investments, Inc. | filed 12/07/15 | closed 10/14/16 |
| 2:15-cv-00772-SPC-CM | Kennedy v My Naples Sunshine, LLC et al | filed 12/10/15 | closed 05/19/16 |
| 2:15-cv-00775-JES-MRM | Kennedy v. Pipers Crossing 1202, LLC et al | filed 12/11/15 | closed 08/25/16 |
| 2:15-cv-00801-JES-CM | Kennedy v. PMAT Prado LLC et al | filed 12/28/15 | closed 04/08/16 |
| 2:16-cv-00091-SPC-CM | Kennedy v. SWF Investments LLC | filed 02/03/16 | closed 07/18/16 |
| 2:16-cv-00092-SPC-MRM | Kennedy v. Kite Eagle Creek, LLC | filed 02/03/16 | closed 04/15/16 |
| 2:16-cv-00093-JES-CM | Kennedy v. Arena et al | filed 02/03/16 | closed 05/05/16 |
| 2:16-cv-00094-MRM | Kennedy v. Area Realty Florida, LLC | filed 02/03/16 | closed 05/19/16 |
| 2:16-cv-00095-SPC-MRM | Kennedy v. IPTV-B-CO6, LLC et al | filed 02/03/16 | closed 08/05/16 |
| 2:16-cv-00096-JES-CM | Kennedy v. Katlou, LLC | filed 02/03/16 | closed 01/17/17 |
| 2:16-cv-00097-JES-MRM | Kennedy v. NYFL Commercial Holdings 2, LLC | filed 02/03/16 | closed 08/04/16 |
| 2:16-cv-00098-SPC-CM | Kennedy v. Brixmor Park Shore Outparcel LLC et al | filed 02/03/16 | closed 07/26/16 |
| 2:16-cv-00102-JES-MRM | Kennedy v. Griffin Bonita Springs Properties LLC | filed 02/04/16 | closed 04/20/16 |

| | | | |
|---|---|---|---|
| [2:16-cv-00125-JES-MRM](#) | Kennedy v. Spragins et al | filed 02/12/16 | closed 11/08/16 |
| [2:16-cv-00132-SPC-CM](#) | Kennedy v. J P R Trusting Enterprise, Inc. | filed 02/16/16 | closed 12/05/16 |
| [2:16-cv-00133-JES-CM](#) | Kennedy v. Vercil E. and Helene Senseman LLP et al | filed 02/16/16 | closed 12/21/16 |
| [2:16-cv-00134-SPC-CM](#) | Kennedy v. Pelican Village Plaza, LLC et al | filed 02/16/16 | closed 05/27/16 |
| [2:16-cv-00135-JES-MRM](#) | Kennedy v. NYFL Commercial Holdings, LLC et al | filed 02/16/16 | closed 06/02/16 |
| [2:16-cv-00147-JES-MRM](#) | Kennedy v. Divito Enterprises Limited Partnership | filed 02/19/16 | closed 10/07/16 |
| [2:16-cv-00148-SPC-CM](#) | Kennedy v. Roumely, Inc. | filed 02/19/16 | closed 09/08/16 |
| [2:16-cv-00164-JES-MRM](#) | Kennedy v. First CZ Real Estate, LLC | filed 02/29/16 | closed 03/25/16 |
| [2:16-cv-00175-JES-CM](#) | Kennedy v. Indulok Corporation | filed 03/07/16 | closed 12/01/16 |
| [2:16-cv-00176-SPC-MRM](#) | Kennedy v. CS College Parkway, LLC | filed 03/07/16 | closed 03/31/16 |
| [2:16-cv-00177-JES-MRM](#) | Kennedy v. Forest Plaza, LLC | filed 03/07/16 | closed 07/26/16 |
| [2:16-cv-00178-JES-MRM](#) | Kennedy v. The Prudential Insurance Company of America | filed 03/07/16 | closed 06/08/16 |
| [2:16-cv-00179-CM](#) | Kennedy v. Howell | filed 03/07/16 | |
| [2:16-cv-00180-JES-MRM](#) | Kennedy v. Dollar Tree Stores, Inc. et al | filed 03/07/16 | closed 09/21/16 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| 2:16-cv-00191-SPC-MRM | Kennedy v. Musca Properties, LLC et al | filed 03/14/16 | closed 04/18/17 |
| 2:16-cv-00192-SPC-CM | Kennedy v. Pipeline Properties, LLC et al | filed 03/14/16 | closed 10/31/16 |
| 2:16-cv-00193-JES-MRM | Kennedy v. McGregor Pointe Shopping Center, LLC | filed 03/14/16 | closed 04/21/16 |
| 2:16-cv-00194-SPC-MRM | Kennedy v. DFG-Plantation, LLC | filed 03/14/16 | closed 08/23/16 |
| 2:16-cv-00195-JES-MRM | Kennedy v. RLR1, LLC et al | filed 03/14/16 | closed 11/02/16 |
| 2:16-cv-00196-SPC-CM | Kennedy v. Bickimer et al | filed 03/14/16 | closed 01/17/17 |
| 2:16-cv-00197-JES-CM | Kennedy v. Benderson et al | filed 03/14/16 | closed 08/26/16 |
| 2:16-cv-00213-SPC-MRM | Kennedy v. 2014 Bonita Springs L.L.L.P. et al | filed 03/18/16 | closed 07/05/16 |
| 2:16-cv-00214-SPC-MRM | Kennedy v. Three J'S L.L.P. et al | filed 03/18/16 | |
| 2:16-cv-00220-SPC-CM | Kennedy v. Plaza Fort Myers, LLC | filed 03/21/16 | closed 08/03/16 |
| 2:16-cv-00221-SPC-CM | Kennedy v. Wynn Properties, Inc. | filed 03/21/16 | closed 07/11/16 |
| 2:16-cv-00222-SPC-MRM | Kennedy v. Shoppes of Estero | filed 03/21/16 | closed 08/03/16 |
| 2:16-cv-00229-JES-MRM | Kennedy v. CH Realty VI/R Naples Neapolitan LLC | filed 03/24/16 | closed 10/07/16 |
| 2:16-cv-00231-JES-MRM | Kennedy v. Bonita Grande Investment, L.L.C. | filed 03/25/16 | closed 12/27/16 |

2:16-cv-00236-

| | | | |
|---|---|---|---|
| SPC-MRM | Kennedy v. Weiner et al | filed 03/28/16 | closed 11/30/16 |
| 2:16-cv-00253-JES-CM | Kennedy v. Bruno et al | filed 04/04/16 | closed 08/30/16 |
| 2:16-cv-00254-JES-CM | Kennedy v. CMH Group LLC | filed 04/04/16 | closed 12/19/16 |
| 2:16-cv-00275-UA-CM | Kennedy v. Prisa Summerlin FL, LLC | filed 04/13/16 | closed 08/23/16 |
| 2:16-cv-00276-SPC-MRM | Kennedy v. Pru Hammock Cove, LLC | filed 04/13/16 | closed 07/22/16 |
| 2:16-cv-00277-SPC-CM | Kennedy v. Musca Properties, LLC et al | filed 04/13/16 | closed 10/07/16 |
| 2:16-cv-00310-MRM | Kennedy v. Grand Bay Station LLC | filed 04/27/16 | closed 08/03/16 |
| 2:16-cv-00311-SPC-CM | Kennedy v. Publix Super Markets, Inc. | filed 04/27/16 | closed 02/14/17 |
| 2:16-cv-00318-SPC-CM | Kennedy v. Regency Realty Group, Inc. | filed 04/29/16 | closed 11/28/16 |
| 2:16-cv-00325-SPC-MRM | Kennedy v. REG8 Berkshire Common, LLC | filed 05/02/16 | closed 10/27/16 |
| 2:16-cv-00344-JES-CM | Kennedy v. JLB Ft Myers LLC | filed 05/09/16 | closed 09/08/16 |
| 2:16-cv-00345-JES-CM | Kennedy v. CH Realty VI/R Naples Crossroads, LLC | filed 05/09/16 | closed 09/23/16 |
| 2:16-cv-00358-SPC-CM | Kennedy v. Baldwin | filed 05/12/16 | |
| 2:16-cv-00371-JES-MRM | Kennedy v. Regency Square FM, LLC | filed 05/16/16 | closed 10/13/16 |
| 2:16-cv-00384-JES-MRM | Kennedy v. DAD Development Corp. | filed 05/19/16 | closed 08/25/16 |

| | | | |
|---|---|---|---|
| 2:16-cv-00406-SPC-MRM | Kennedy v. PLN Properties, LLC | filed 05/26/16 | closed 10/31/16 |
| 2:16-cv-00578-SPC-CM | Kennedy v. Regency Realty Group, Inc. et al | filed 07/25/16 | closed 03/15/17 |
| 2:16-cv-00615-JES-MRM | Kennedy v. Reg8 Berkshire Commons, LLC | filed 08/08/16 | closed 10/27/16 |
| 2:16-cv-00616-SPC-CM | Kennedy v. Publix Super Markets, Inc. | filed 08/08/16 | closed 12/13/16 |
| 2:16-cv-00635-UA-MRM | Kennedy v. SWF Investments, L.L.C. | filed 08/15/16 | |
| 2:16-cv-00644-SPC-MRM | Kennedy v. Perseco Corporation | filed 08/19/16 | closed 12/07/16 |
| 2:16-cv-00681-JES-MRM | Kennedy v. 3 Carter's Subway, Inc. | filed 09/06/16 | closed 01/18/17 |
| 2:16-cv-00700-JES-CM | Kennedy v. Shadow Court Fuels, Inc. | filed 09/13/16 | closed 03/06/17 |
| 2:16-cv-00722-SPC-CM | Kennedy v. PSM Colonial Crossings, LLC et al | filed 09/23/16 | closed 02/09/17 |
| 2:16-cv-00742-SPC-MRM | Kennedy v. Bonita Diner, LLC | filed 09/30/16 | closed 04/26/17 |
| 2:16-cv-00766-JES-MRM | Kennedy v. Colonial Funding Group, LLC et al | filed 10/14/16 | closed 02/13/17 |
| 2:16-cv-00806-JES-CM | Kennedy v. Gulf Gate Plaza, LLC | filed 10/31/16 | |
| 2:16-cv-00817-JES-CM | Kennedy v. Publix Super Markets, Inc. | filed 11/07/16 | closed 12/05/16 |
| 2:16-cv-00818-SPC-CM | Kennedy v. The Shoppes at San Carlos et al | filed 11/07/16 | closed 05/16/17 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| 2:16-cv-00858-JES-CM | Kennedy v. BRE Mariner Marco Town Center LLC | filed 11/30/16 | closed 05/16/17 |
| 2:17-cv-00028-SPC-MRM | Kennedy v. LQ Florida Properties, L.L.C. | filed 01/17/17 | closed 05/04/17 |
| 2:17-cv-00039-UA-CM | Kennedy v. L Q Florida Properties L.L.C. | filed 01/23/17 | closed 01/25/17 |
| 2:17-cv-00072-JES-MRM | Kennedy v. Pappas et al | filed 02/02/17 | closed 02/09/17 |
| 2:17-cv-00089-JES-CM | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 06/22/17 |
| 2:17-cv-00358-SPC-CM | Kennedy v. Tamiami Hotel LLC | filed 06/26/17 | |
| 2:17-cv-00359-UA-CM | Kennedy v. Satvik Shradhdha LLC | filed 06/26/17 | |
| 5:17-cv-00286-CEM-PRL | Kennedy v. Pope | filed 06/26/17 | |
| 6:02-cv-00114-GAP | Disability Advocacy, et al v. Orlando TM Assoc., et al | filed 01/31/02 | closed 03/29/04 |
| 6:06-cv-00857-ACC-UAM | Access For The Disabled, Inc. et al v. STF Investments, LLC et al | filed 06/23/06 | closed 02/22/07 |
| 6:08-mc-00080-GAP-DAB | Access For The Disabled, Inc. et al v. The Shack Holdings, LLC | filed 07/30/08 | closed 08/05/08 |
| 6:16-cv-01849-PGB-DCI | Kennedy v. Melbourne Beach, L.L.C. | filed 10/24/16 | |
| 6:16-cv-01850-JA-TBS | Kennedy v. Melbourne Hotel, LLC | filed 10/24/16 | closed 04/26/17 |
| 6:16-cv-01851-CEM-KRS | Kennedy v. Paradise Beach Properties, LLC | filed 10/24/16 | closed 05/03/17 |
| 6:16-cv-02128- | | | |

| | | | |
|---|---|---|---|
| ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 12/12/16 | |
| 6:16-cv-02208-GAP-DCI | Kennedy v. Paniccia-Indialantic, LLC | filed 12/27/16 | |
| 6:17-cv-00073-GAP-GJK | Kennedy v. Telemachos | filed 01/17/17 | |
| 6:17-cv-00074-ACC-TBS | Kennedy v. Schling LLC et al | filed 01/17/17 | |
| 6:17-cv-00089-PGB-TBS | Kennedy v. Dolgencorp, LLC et al | filed 01/19/17 | |
| 6:17-cv-00090-JA-KRS | Kennedy v. 2501 LLC | filed 01/19/17 | |
| 6:17-cv-00206-ACC-GJK | Kennedy v. Downtown Edgewater Plaza Condominium Association, Inc. et al | filed 02/06/17 | closed 04/14/17 |
| 6:17-cv-00207-GAP-DCI | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 02/10/17 |
| 6:17-cv-00210-GAP-KRS | Kennedy v. Wall et al | filed 02/06/17 | closed 05/12/17 |
| 6:17-cv-00211-ACC-KRS | Kennedy v. Keller et al | filed 02/06/17 | closed 06/27/17 |
| 6:17-cv-00240-GAP-KRS | Kennedy v. Pappas et al | filed 02/02/17 | closed 05/03/17 |
| 6:17-cv-00259-RBD-DCI | Kennedy v. K-P New Smyrna, Inc. | filed 02/13/17 | closed 03/21/17 |
| 6:17-cv-00271-JA-KRS | Kennedy v. Nesh Investments Inc et al | filed 02/16/17 | |
| 6:17-cv-00284-CEM-TBS | Kennedy v. Peggy's Country Kitchen, Inc. | filed 02/17/17 | closed 05/08/17 |
| 6:17-cv-00303-PGB-DCI | Kennedy v. Brevard Management, LLC | filed 02/22/17 | |

| | | |
|---|---|---|
| 6:17-cv-00418-PGB-TBS | Kennedy v. Kunik et al | filed 03/08/17 |
| 6:17-cv-00419-CEM-DCI | Kennedy v. Hawkins et al | filed 03/08/17 |
| 6:17-cv-00421-CEM-DCI | Kennedy v. Gal et al | filed 03/08/17   closed 05/08/17 |
| 6:17-cv-00448-ACC-KRS | Kennedy v. Skyview Plaza, LLC. et al | filed 03/13/17 |
| 6:17-cv-00449-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 |
| 6:17-cv-00450-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 |
| 6:17-cv-00452-ACC-KRS | Kennedy v. Skyview Plaza, LLC. | filed 03/13/17 |
| 6:17-cv-00453-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 |
| 6:17-cv-00454-GAP-KRS | Kennedy v. IMDAD Haider IRA, LLC et al | filed 03/13/17 |
| 6:17-cv-00455-GAP-DCI | Kennedy v. Prime Petro, Inc. | filed 03/13/17 |
| 6:17-cv-00488-GAP-KRS | Kennedy v. HDBF, LLC et al | filed 03/17/17   closed 05/22/17 |
| 6:17-cv-00496-RBD-KRS | Kennedy v. Park Plaza Of Edgewater Homeowners Association, Inc. et al | filed 03/20/17   closed 05/19/17 |
| 6:17-cv-00537-PGB-DCI | Kennedy v. Cape Siesta Motel, LLC et al | filed 03/27/17 |
| 6:17-cv-00547-GAP-KRS | Kennedy v. JPPG, LLC. et al | filed 03/28/17   closed 05/25/17 |

| | | |
|---|---|---|
| [6:17-cv-00548-RBD-DCI](#) | Kennedy v. Rocket Liquors, Inc. et al | filed 03/28/17 |
| [6:17-cv-00549-RBD-DCI](#) | Kennedy v. Puleio Enterprises, LLC et al | filed 03/28/17 |
| [6:17-cv-00550-GAP-DCI](#) | Kennedy v. Ichikoshi USA, Inc. et al | filed 03/28/17 closed 06/27/17 |
| [6:17-cv-00591-GAP-TBS](#) | Kennedy v. L&C Arlington Pines Partnership, LLC | filed 04/03/17 |
| [6:17-cv-00593-CEM-TBS](#) | Kennedy v. Balajio, LLC | filed 04/03/17 |
| [6:17-cv-00594-JA-KRS](#) | Kennedy v. VK Realty, LLC | filed 04/03/17 |
| [6:17-cv-00595-GAP-DCI](#) | Kennedy v. All-Suite Motel, LLC | filed 04/03/17 |
| [6:17-cv-00596-PGB-KRS](#) | Kennedy v. Chris Pappas as Trustee of the Chris Pappas Revocable Living Trust et al | filed 04/03/17 closed 06/19/17 |
| [6:17-cv-00605-CEM-GJK](#) | Kennedy v. Solano et al | filed 04/05/17 |
| [6:17-cv-00634-PGB-DCI](#) | Kennedy v. Taco City 3, Inc. | filed 04/10/17 |
| [6:17-cv-00638-GAP-DCI](#) | Kennedy v. DG Beach Waves, Inc. | filed 04/10/17 closed 05/08/17 |
| [6:17-cv-00640-RBD-KRS](#) | Kennedy v. KSK Investments, LLC et al | filed 04/10/17 |
| [6:17-cv-00641-RBD-DCI](#) | Kennedy v. Gasperilla Lodging, LLC | filed 04/10/17 |
| [6:17-cv-00661-JA-DCI](#) | Kennedy v. BG's Group, Inc. | filed 04/12/17 |
| 6:17-cv-00732- | | |

| | | |
|---|---|---|
| 6:17-cv-00733-PGB-GJK | Kennedy v. Baugher et al | filed 04/24/17 |
| 6:17-cv-00734-RBD-KRS | Kennedy v. Palm Harbor Assoc Inc. et al | filed 04/24/17 closed 06/22/17 |
| 6:17-cv-00735-GAP-DCI | Kennedy v. Roseland Plaza LLC et al | filed 04/24/17 |
| 6:17-cv-00736-CEM-KRS | Kennedy v. Richmond et al | filed 04/24/17 closed 06/12/17 |
| 6:17-cv-00737-PGB-KRS | Kennedy v. T & M United Corporation | filed 04/24/17 closed 07/14/17 |
| 6:17-cv-00757-RBD-DCI | Kennedy v. Petro Management, Inc. et al | filed 04/26/17 |
| 6:17-cv-00780-RBD-GJK | Kennedy v. Ace Handiman Hardware of Cocoa Beach, Inc. et al | filed 05/01/17 |
| 6:17-cv-00840-CEM-GJK | Kennedy v. Smith | filed 05/10/17 |
| 6:17-cv-00844-RBD-KRS | Kennedy v. Dad 1300 N Atlantic Cocoa, LP | filed 05/11/17 |
| 6:17-cv-00888-GAP-GJK | Kennedy v. Shrimp Happens, Inc. | filed 05/17/17 closed 07/14/17 |
| 6:17-cv-00964-GAP-TBS | Kennedy v. Tyloyleonson, Inc. | filed 05/26/17 |
| 6:17-cv-00981-CEM-DCI | Kennedy v. Port St. John Station LLC | filed 05/31/17 |
| 6:17-cv-01047-RBD-GJK | Kennedy v. Beachside Commercial Properties, LLC et al | filed 06/08/17 |
| 6:17-cv-01125-PGB-DCI | Kennedy v. Corbett | filed 06/19/17 |
| 6:17-cv-01181-PGB-GJK | Kennedy v. F & R Enterprises, L.L.C | filed 06/26/17 |

| Case | Title | Status |
|---|---|---|
| 6:17-cv-01182-PGB-DCI | Kennedy v. Mahesh Properties, Inc. | filed 06/26/17 |
| 6:17-cv-01183-GAP-GJK | Kennedy v. SCF RC Funding I LLC et al | filed 06/26/17 |
| 6:17-cv-01184-GAP-TBS | Kennedy v. Le et al | filed 06/26/17 |
| 6:17-cv-01185-PGB-KRS | Kennedy v. Florida T&T Enterprise Inc. | filed 06/26/17 |
| 6:17-cv-01186-PGB-GJK | Kennedy v. Vo | filed 06/26/17 |
| 6:17-cv-01187-CEM-DCI | Kennedy v. PH & NJ Limited Liability Company | filed 06/26/17 |
| 6:17-cv-01188-CEM-TBS | Kennedy v. S & S Ferrara III, Inc. | filed 06/26/17 |
| 6:17-cv-01189-PGB-GJK | Kennedy v. Circle K Stores Inc. | filed 06/26/17 |
| 6:17-cv-01199-GAP-GJK | Kennedy v. 20-02190 Garden St LLC | filed 06/28/17  closed 07/11/17 |
| 6:17-cv-01225-CEM-TBS | Kennedy v. RP & LM Enterprises, Inc. | filed 07/03/17 |
| 6:17-cv-01273-CEM-GJK | Kennedy v. Mas Food Mart, Inc. | filed 07/12/17 |
| 6:17-cv-01274-RBD-DCI | Kennedy v. UFF DAA, Inc | filed 07/12/17 |
| 6:17-cv-01275-GAP-TBS | Kennedy v. Panita Food, Inc. et al | filed 07/12/17 |
| 6:17-cv-01276-CEM-KRS | Kennedy v. Tekelewold | filed 07/12/17 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| 8:11-cv-01830-EAK-TBM | Access For The Disabled, Inc. et al v. Kana Corporation | filed 08/15/11 | closed 03/28/12 |
| 8:11-cv-01832-JDW-TGW | Access For The Disabled, Inc. et al v. MEB Capital, Inc. | filed 08/15/11 | closed 04/26/12 |
| 8:11-cv-01960-VMC-TBM | Access For The Disabled, Inc. et al v. Shiv Shraddha, LLC | filed 08/29/11 | closed 04/20/12 |
| 8:11-cv-02158-VMC-MAP | Access for the Disabled, Inc. et al v. Sparta Nicholoudis Irrev. Trust 1/3 Int et al | filed 09/22/11 | closed 05/16/12 |
| 8:11-cv-02159-JDW-TGW | Access for the Disabled, Inc. et al v. Achutam, Inc. | filed 09/22/11 | closed 09/14/12 |
| 8:11-cv-02165-EAK-EAJ | Access For The Disabled, Inc. et al v. Okeechobee Inn, Inc. et al | filed 09/23/11 | closed 10/09/12 |
| 8:11-cv-02203-MSS-MAP | Access For The Disabled, Inc. et al v. J.H. Williams Oil Company, Inc. | filed 09/28/11 | closed 05/10/12 |
| 8:11-cv-02214-SDM-AEP | Access For The Disabled, Inc. et al v. Bering et al | filed 09/29/11 | closed 02/16/12 |
| 8:11-cv-02215-JDW-AEP | Access For The Disabled, Inc. et al v. Goor Group LLC | filed 09/29/11 | closed 08/15/12 |
| 8:11-cv-02342-JSM-EAJ | Access For The Disabled, Inc. et al v. First Resort, Inc. | filed 10/17/11 | closed 10/01/12 |
| 8:11-cv-02343-SDM-TBM | Access For The Disabled, Inc. et al v. Southby Partnership, Ltd. | filed 10/17/11 | closed 03/29/12 |
| 8:11-cv-02519-MSS-EAJ | Access For The Disabled, Inc. et al v. Welcome Hospitality of Sarasota, LLC | filed 11/07/11 | closed 12/12/12 |
| 8:11-cv-02565-VMC-EAJ | Access for the Disabled, Inc, et al v. Bre/Wellesley Properties, LLC | filed 11/14/11 | closed 03/21/12 |
| 8:11-cv-02567-JSM-EAJ | Access For The Disabled, Inc. et al v. Midho Partners 1, LLC | filed 11/14/11 | closed 04/12/12 |
| 8:12-cv-00303- | Access for the Disabled, Inc. et al v. Brandon Gas and | | |

| Case | Title | Filed | Closed |
|---|---|---|---|
| MSS-MAP | Grocery LLC | filed 02/13/12 | closed 08/28/12 |
| [8:12-cv-00379-MSS-TGW](#) | Access for the Disabled, Inc. et al v. Vallejo | filed 02/23/12 | closed 08/14/12 |
| [8:12-cv-00380-VMC-TGW](#) | Access for the Disabled, Inc. et al v. Roberts Hotels Tampa, LLC | filed 02/23/12 | closed 04/16/12 |
| [8:12-cv-00381-SDM-MAP](#) | Access for the Disabled, Inc. et al v. Terrace Collection, Llc | filed 02/23/12 | closed 10/17/12 |
| [8:12-cv-00382-VMC-TBM](#) | Access for the Disabled, Inc. et al v. Bapuji Inc. | filed 02/23/12 | closed 05/01/12 |
| [8:12-cv-00383-SDM-EAJ](#) | Access for the Disabled, Inc. et al v. BRE/LQ FL Properties L.L.C. | filed 02/23/12 | closed 03/09/12 |
| [8:12-cv-00384-JSM-TGW](#) | Access for the Disabled, Inc. et al v. KC Holdings of Brandon, LLC | filed 02/23/12 | closed 04/17/12 |
| [8:12-cv-00663-JSM-EAJ](#) | Access for the Disabled, Inc. et al v. Patel | filed 03/28/12 | closed 12/27/12 |
| [8:12-cv-00819-SDM-EAJ](#) | Access for the Disabled, Inc. et al v. BMC Properties V LLC | filed 04/16/12 | closed 06/19/12 |
| [8:12-cv-00820-MSS-MAP](#) | Access for the Disabled, Inc. et al v. Odyssey Hotel Beta, Inc. | filed 04/16/12 | closed 11/06/12 |
| [8:12-cv-00821-VMC-AEP](#) | Access for the Disabled, Inc. et al v. Island Inn Shores, Inc. | filed 04/16/12 | closed 06/20/12 |
| [8:12-cv-01139-VMC-TBM](#) | Access for the Disabled, Inc. v. General Funding, Inc. | filed 05/21/12 | closed 08/07/12 |
| [8:12-cv-01140-SDM-TBM](#) | Access for the Disabled, Inc. v. R.C. Caron Building Corporation | filed 05/21/12 | closed 02/28/13 |
| [8:12-cv-01144-JDW-MAP](#) | Access for the Disabled, Inc. et al v. Homestyle Buffet and Grill, Inc. et al | filed 05/21/12 | closed 10/31/12 |
| [8:12-cv-01145-SCB-TGW](#) | Access for the Disabled, Inc. et al v. Seacon, Inc. | filed 05/21/12 | closed 12/10/12 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| 8:12-cv-01146-JDW-EAJ | Access for the Disabled, Inc. et al v. Thai Laina, L.L.C. | filed 05/21/12 | closed 06/26/12 |
| 8:12-cv-01147-EAK-MAP | Access for the Disabled, Inc. et al v. Key Note Inc. | filed 05/21/12 | closed 08/20/12 |
| 8:12-cv-01149-JDW-TBM | Access for the Disabled, Inc. et al v. Weili et al | filed 05/21/12 | closed 01/11/13 |
| 8:12-cv-01292-MSS-AEP | Access for the Disabled et al v. Easy Stop, Inc. et al | filed 06/08/12 | closed 12/10/12 |
| 8:12-cv-01293-MSS-TGW | Access for the Disabled et al v. Vanowen Street, LLC et al | filed 06/08/12 | closed 12/10/12 |
| 8:12-cv-01792-SDM-AEP | Access for the Disabled, Inc. et al v. Arby's IP Holder Trust | filed 08/08/12 | closed 12/18/12 |
| 8:12-cv-01851-EAK-TGW | Access for the Disabled, Inc. et al v. Sarasota Brewing Company III, Inc. | filed 08/15/12 | closed 11/05/12 |
| 8:12-cv-01853-MSS-MAP | Access for the Disabled, Inc. et al v. Supertel Hospitality Limited Partnership | filed 08/15/12 | closed 12/07/12 |
| 8:12-cv-02003-MSS-EAJ | Access for the Disabled et al v. Handy Food Stores, Inc. | filed 09/04/12 | closed 10/07/14 |
| 8:12-cv-02005-JSM-TGW | Kennedy v. Macy's, Florida Stores, LLC. | filed 09/04/12 | closed 08/06/13 |
| 8:12-cv-02013-MSS-TBM | Access for the Disabled, Inc. et al v. TIS, Inc | filed 09/05/12 | closed 03/01/13 |
| 8:12-cv-02084-JDW-TGW | Access for the Disabled, Inc. et al v. Hubbard Properties, LLC | filed 09/14/12 | closed 08/28/13 |
| 8:12-cv-02185-JSM-TGW | Access for the Disabled et al v. Vertical Assets of Elerton, LLC | filed 10/01/12 | closed 10/31/12 |
| 8:12-cv-02186-EAJ | Access for the Disabled et al v. EDZ, Inc. | filed 10/01/12 | closed 08/29/14 |

| | | | |
|---|---|---|---|
| [8:12-cv-02914-MSS-EAJ](#) | Access for the Disabled, Inc. | filed 12/27/12 | closed 03/13/13 |
| [8:13-cv-03158-EAK-TGW](#) | Access for the Disabled, Inc. et al v. EDZ, Inc. | filed 12/17/13 | |
| [8:14-cv-00169-EAK-TBM](#) | Access for the Disabled, Inc. et al v. Brown et al | filed 01/23/14 | closed 04/18/14 |
| [8:14-cv-00587-JSM-MAP](#) | Access for the Disabled, Inc. et al v. Abdel et al | filed 03/10/14 | closed 07/08/14 |
| [8:17-cv-01516-JSM-JSS](#) | Kennedy v. Tavares Property Investment, LLC | filed 06/23/17 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2017 12:35:22 | | | |
| **PACER Login:** | aaron4841:4703095:0 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Kennedy First Name: PATRICIA |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

**6:99-cv-00646-JA** Disabled Americans, et al v. Ordevco Hotel Corp.

**8:13-cv-03158-EAK-TGW** Access for the Disabled, Inc. et al v. EDZ, Inc.

**8:11-cv-01039-JSM-AEP** O'Hern et al v. Bortone et al
James S. Moody, Jr, presiding