UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

        Plaintiff,                      Case No. 6:17-cv-01047-RBD-GJK

v.

BEACHSIDE COMMERCIAL PROPERTIES, LLC,
a Florida Limited Liability Company;
COCOA BEACH SURF COMPANY, a Florida Corporation,

        Defendants.
_____/

## STATEMENT MADE PURSUANT TO 28 U.S.C. SECTION 1746

1. My name is Patricia Kennedy. I am a resident of Broward County, Florida. I have balance issues as a result of an accident, am unable to walk more than a few feet without assistive devices and I rely primarily on a wheelchair to get around when I am away from my home. I have limited upper body strength, limited use of my hands, and am unable to operate mechanisms that require tight grasping, pinching, or twisting of the wrist. I am over 18 years of age and am competent to testify at trial.

2. I travel along the Florida East Coast frequently. This includes the Cocoa and Cocoa Beach areas, to which I have been to at least 10 times in the past several months and at least 50 times over the course of my lifetime. Moreover, I will continue to visit the area on a frequent basis for personal reasons and as a tester.

3. I am an advocate on behalf of both myself and other similarly situated disabled persons and consider myself a tester. As a tester, I visit various places of public accommodation to ascertain whether they are in compliance with the Americans With Disabilities Act. In the event that they are not, I request that a lawsuit be filed to bring the place into compliance with the ADA so that I and other disabled persons can use it. If a lawsuit is filed to bring the facility into

compliance, I subsequently revisit each property to ascertain whether the ADA violations have been fixed.

4. On February 15, 2017, I visited the Defendants' property located at 4001 N. Atlantic Avenue, Cocoa Beach, FL 32931 (the "Premises"). I recently revisited the Premises on July 19, 2017 and encountered continued barriers to access. A copy of my receipt from my February 15, 2017 visit is attached as Composite Exhibit "1." A copy of my receipt from my July 19, 2017 visit is attached as Composite Exhibit "2." Pictures depicting the discriminatory conditions I encountered, observed or knew about, which I reviewed before this lawsuit, are attached as Composite Exhibit "3." As the pictures show, I encountered, knew of and or observed the following violations:

The facility's parking lot did not mount proper handicap signs or have sufficient access routes connecting the disabled parking spaces with all the store. The facility's parking lot also lacked a sufficient number of designated handicap parking spaces.

Once inside the store, it was difficult to maneuver in a wheelchair because there were no accessible routes to the second or third level. Similarly, there was no access to the restroom because the only way to get to it was to use stairs. Additionally, the aisles between clothing were too narrow, making it difficult for me to pass through.

The store bathroom also had several ADA violations. For example, there was not enough door clearance. Additionally, the toilet flush valve was located in the wrong place and there were not any side grab bars. The paper towel dispenser was mounted at the incorrect height, making it difficult to reach the towels. The pipes under the sink were also not insulated, which could cause me to burn my legs.

There were also an unsecure floor mats inside and outside the front door of the store.

5. When I encountered the above conditions, I suffered humiliation and frustration at

being treated like a second-class citizen, being denied equal access and benefits to the goods and services, and experienced difficulty in shopping and using the restrooms.

6. I plan to return to the property in the future, but I am deterred from doing so because it is so badly non-compliant, that I must be willing to endure further frustration and humiliation if I visit it before they become compliant. Until then, I am aware that I am denied the opportunity to visit the property free of discrimination and am denied equal access and any attempts to visit would be a futile gesture. I am also aware that the Defendants segregate me from their nondisabled patrons. My intent is to return to the Premises in the near future to shop, dine, and to monitor its ADA conditions.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

Date: 7-20-2017

*[signature]*

PATRICIA KENNEDY